CAMP et al. v. PEACOCK, HUNT & WEST CO. et al. (Circuit Court of Appeals, Fifth Circuit. January 12, 1904.) No. 1,308. Appeal from the Circuit Court of the United States for the Southern District of Florida. For opinion below, see 128 Fed. 1005. J. N. Stripling, for appellants. C. M. Cooper and J. C. Cooper, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the court is of the opinion that there is no reversible error in the record. Affirmed.

---

DOWAGIAC MFG. CO. v. MINNESOTA MOLINE PLOW CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 13, 1904.) No. 2,033. Appeal from the Circuit Court of the United States for the District of Minnesota. Fred L. Chappell, for appellant. Ephraim Banning and Thomas A. Banning, for appellees. Affirmed, with costs, without an opinion. For opinion below, see 124 Fed. 736.

---

EMPIRE STATE–IDAHO MINING & DEVELOPING CO. v. BUNKER HILL & SULLIVAN MINING & CONCENTRATING CO. (two cases). (Circuit Court of Appeals, Ninth Circuit. May 4, 1904.) Nos. 993, 994. Appeal from the Circuit Court of the United States for the District of Idaho, Northern Division. W. B. Heyburn, for appellant. Curtis H. Lindley, Henry Eickhoff, John R. McBride, and Myron A. Folsom, for appellee. Dismissed pursuant to stipulation. See 106 Fed. 471, and 108 Fed. 189.

---

HOADLEY v. CHASE. (Circuit Court of Appeals, Seventh Circuit. October 21, 1903.) No. 994. Appeal from the Circuit Court of the United States for the District of Indiana. Wm. A. Ketcham and Joseph Wilby, for appellant. Addison C. Harris and D. W. Sims, for appellee. No opinion. Decree (126 Fed. 818) affirmed.

---

HORAN v. HUGHES. (Circuit Court of Appeals, Second Circuit. March 2, 1904.) No. 141. Appeal from the District Court of the United States for the Southern District of New York. LeRoy S. Gove, for appellant. Peter S. Carter, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree of District Court (129 Fed. 248) affirmed, with interest and costs.

---

KALAMAZOO CORSET CO. v. SIMON. (Circuit Court of Appeals, Seventh Circuit. October 15, 1903.) No. 1,008. In Error to the Circuit Court of the United States for the Eastern District of Wisconsin. Paul D. Durant, for plaintiff in error. Edward P. Vilas, for defendant in error. No opinion. Judgment (129 Fed. 144) affirmed.